UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 13-23051-CIV-MARTINEZ-GOODMAN**

PASQUALINA PATRICIA VERNA,

    Plaintiff,

vs.

SEVEN SEAS CRUISES S. DE R.L., LLC, et al.,

    Defendants.

_____/

## ORDER STAYING CASE

THIS CAUSE came before the Court upon *sua sponte* review of the record. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

This case is **STAYED** pending the Court's resolution of Defendant Regent Seven Seas Cruises' Motion to Dismiss for Failure to State a Cause of Action or in the Alternative For Summary Judgment (D.E. No. 21).

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of September, 2014.

                                                                         _____
                                                                         JOSE E. MARTINEZ
                                                                         UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record